# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODERICK WASHINGTON, | ) | 1:05-cv-1608-OWW-TAG HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATIONS (Doc. 5) |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS (Doc. 1) |
| J. WOODFORD, et al., | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT |
| Respondents. | ) | |
| | ) | |

On December 19, 2005, the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 was transferred to this Court from the United States District Court for the Central District of California, Western Division.  (Doc. 1).

On May 3, 2006, the Magistrate Judge assigned to the case filed Findings and Recommendations recommending that the petition for writ of habeas corpus be dismissed because of Petitioner's failure to prosecute by responding to the Court order of February 22, 2006 that required that Petitioner either file a complete application to proceed in forma pauperis or pay the $5.00 filing fee.  (Doc. 3).  The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty days from the date of service of that order.  To date, the parties have not filed timely objections to the Findings and

1  Recommendations.

2     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted
3  a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that
4  the Magistrate Judge's Findings and Recommendations is supported by the record and proper
5  analysis.

6     Accordingly, IT IS HEREBY ORDERED that:

7     1.   The Findings and Recommendations, filed May 3, 2006 (Doc. 5), are ADOPTED
8          IN FULL;

9     2.   This petition for writ of habeas corpus (Doc. 1), is DISMISSED; and

10    3.   The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

11    This order terminates the action in its entirety.

12 IT IS SO ORDERED.

13 **Dated:   July 29, 2006**              **/s/ Oliver W. Wanger**
   emm0d6                                  UNITED STATES DISTRICT JUDGE